# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

WILLIAM RYAN HOMES
OF WISCONSIN, INC.,

                     Plaintiff,               Case No. 05-C-981

        v.

HERITAGE DEVELOPMENT
OF WISCONSIN, LLC,

                     Defendant.

## OPINION AND ORDER

Defendant Heritage Development of Wisconsin, L.L.C., has attempted to remove this action from state court. Heritage claims that this court has diversity jurisdiction over the subject matter. <u>See</u> 28 U.S.C. § 1332. However, Heritage is a limited liability company and it did not comply with well-established Seventh Circuit precedent by disclosing the names of all partners and their citizenships. <u>See</u> <u>Commonwealth v. Titan Tire Corporation</u>, 398 F.3d 879, 881 n.1 (7th Cir. 2004). The court ORDERS that, within seven days of the date of this Order, the Defendant shall serve an amended notice of removal establishing diversity jurisdiction. <u>See</u> 28 U.S.C. § 1653. If the Defendant cannot establish subject matter jurisdiction by that time, this action will be remanded.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 14th day of September, 2005.

s/ Thomas J. Curran
Thomas J. Curran
United States District Judge

Case 2:05-cv-00981-AEG   Filed 09/14/05   Page 2 of 2   Document 4