# United States District Court

Eastern District of Wisconsin

**JUDGMENT IN A CIVIL CASE**

WILLIAM RYAN HOMES
OF WISCONSIN, INC.,

        **Plaintiff,**

    v.                  Case No. 05-C-981

HERITAGE DEVELOPMENT
OF WISCONSIN, LLC.,

        **Defendant.**

[X]   **Decision by Court.** This action came for consideration before the Court.

**IT IS ORDERED AND ADJUDGED** that the plaintiff's complaint and the defendant's counterclaim are **dismissed** without prejudice based on the court's lack of jurisdiction over Heritage Development of Wisconsin, LLC., all without costs to either party.

        Jon W. Sanfilippo, Clerk of Court
        EASTERN DISTRICT OF WISCONSIN

Date: June 29, 2007        (By) Deputy Clerk, s/C. Quinn

        Approved this 29th day of June, 2007.

        s/AARON E. GOODSTEIN
        United States Magistrate Judge